UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES LYONS,
    Plaintiff(s), vs.

US LIVING LLC, YEHONOTAN SADE,
and SADE CAPITAL,

    Defendant(s).

CIVIL ACTION FILE

NO. 1:24-CV-0033-MHC

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED AS FRIVOLOUS** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated at Atlanta, Georgia, this 27th day of March, 2024.

                KEVIN P. WEIMER
                CLERK OF COURT

            By:  s/Daniel Ross
                Deputy Clerk

Prepared, Filed, and
Entered in the Clerk's Office
March 27, 2024
Kevin P. Weimer
Clerk of Court

By:  s/Daniel Ross
      Deputy Clerk